

2005 SEP -8 A 11: 19

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Charles Jay Wolff

    v.                        Case No. 05-fp-309

N.H. Department of Corrections, Commissioner

**O R D E R**

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $20.00 is due no later than October 11, 2005. In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the New Hampshire State Prison when the amount in the account exceeds $10.00 until the sum of $250.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for in forma pauperis has been granted.

This case has been assigned number 05-cv-309-SM.

    SO ORDERED.

                                        _____
                                        James R. Muirhead
                                        United States Magistrate Judge

Date: September 8, 2005

cc:   Charles Jay Wolff, pro se
       Bonnie S. Reed, Financial Administrator
       New Hampshire State Prison, Inmate Accounts

Wolff v. NH Department of Corrections, Commissioner   Doc. 3