UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Charles Jay Wolff</u>

    v.        Civil No. 05-cv-309-SM

<u>Commissioner, NH Department of Corrections</u>

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated October 18, 2005 for the reasons stated therein. The complaint is hereby dismissed.

SO ORDERED.

November 4, 2005

                _____
                Steven J. McAuliffe
                Chief Judge

cc: Charles Jay Wolff, pro se